IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01354-PAB-NRN

LYSA GLUNT,

Plaintiff,

v.

1565 RALEIGH ST., d/b/a/ TAP AND BURGER AT SLOAN'S LAKE

Defendant.

## RULE 41 JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Lysa Glunt and Defendant 156 Raleigh St., d/b/a Tap and Burger at Sloan's Lake stipulate to the dismissal of all claims asserted by Lysa Glunt with prejudice. Each party to bear her or its' own costs.

Dated: February 1, 2021

Respectfully submitted,

| | |
|---|---|
| *s/Ralph E. Lamar* | *s/ Melisa H. Panagakos* |
| Ralph E. Lamar | Melisa H. Panagakos |
| 8515 Braun Loop | Jackson Lewis |
| Arvada, Colorado 80005 | 950 17th Street, Suite 2600 |
| (303) 345-3600 | Denver, CO 80202 |
| | (303) 876-2203 |
| Counsel for Plaintiff | Counsel for Defendant |

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2021, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

        Ryan P. Lessmann
        Melisa H. Panagakos
        Jackson Lewis
        950 17th Street, Suite 2600
        Denver, CO 80202

        By: __*s/Ralph E. Lamar*_____
             RALPH E. LAMAR
             ATTORNEY FOR PLAINTIFF